# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 23-1157**                        **September Term, 2022**

EPA-88FR36654

Filed On: July 18, 2023 [2008267]

State of Utah, by and through its Governor, Spencer J. Cox, and its Attorney General, Sean D. Reyes,

       Petitioner

   v.

Environmental Protection Agency and Michael S. Regan, Administrator, U.S. EPA,

       Respondents

------------------------------

Consolidated with 23-1181, 23-1183

## O R D E R

    It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioner(s) in case No(s). 23-1181 are directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | August 17, 2023 |
| Statement of Issues to be Raised | August 17, 2023 |

                                          **FOR THE COURT:**
                                          Mark J. Langer, Clerk

                    BY:    /s/
                            Laura M. Morgan
                            Deputy Clerk

The following forms and notices are available on the Court's website:

    Agency Docketing Statement Form