# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1157**                      **September Term, 2022**

**EPA-88FR36654**

**Filed On: July 21, 2023** [2009032]

State of Utah, by and through its Governor, Spencer J. Cox, and its Attorney General, Sean D. Reyes,

      Petitioner

      v.

Environmental Protection Agency and Michael S. Regan, Administrator, U.S. EPA,

      Respondents

------------------------------

Consolidated with 23-1181, 23-1183, 23-1190, 23-1191

### O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioner(s) in case No(s). 23-1190 and 23-1191 are directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | August 21, 2023 |
| Statement of Issues to be Raised | August 21, 2023 |

                    **FOR THE COURT:**
                    Mark J. Langer, Clerk

BY:   /s/
        Laura M. Morgan
        Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form