# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1157**                   **September Term, 2022**

**EPA-88FR36654**

**Filed On: July 26, 2023** [2009732]

State of Utah, by and through its Governor, Spencer J. Cox, and its Attorney General, Sean D. Reyes,

    Petitioner

    v.

Environmental Protection Agency and Michael S. Regan, Administrator, U.S. EPA,

    Respondents

------------------------------

Consolidated with 23-1181, 23-1183, 23-1190, 23-1191, 23-1193

### O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioners in case No. 23-1193 are directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | August 25, 2023 |
| Statement of Issues to be Raised | August 25, 2023 |

                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk

          BY:    /s/
                   Tatiana A. Magruder
                   Deputy Clerk

The following forms and notices are available on the Court's [website:](#)

[Agency Docketing Statement Form](#)