# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1157**        **September Term, 2022**

EPA-88FR36654

Filed On: July 28, 2023 [2010060]

State of Utah, by and through its Governor,
Spencer J. Cox, and its Attorney General,
Sean D. Reyes,

      Petitioner

    v.

Environmental Protection Agency and
Michael S. Regan, Administrator, U.S. EPA,

      Respondents

------------------------------

Consolidated with 23-1181, 23-1183,
23-1190, 23-1191, 23-1193, 23-1195

**O R D E R**

    It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioner(s) in case No. 23-1195 are directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | August 28, 2023 |
| Statement of Issues to be Raised | August 28, 2023 |

          **FOR THE COURT:**
          Mark J. Langer, Clerk

BY:   /s/
        Lynda M. Flippin
        Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form