# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1157**                                                **September Term, 2022**

EPA-88FR36654

**Filed On:** August 10, 2023

State of Utah, by and through its Governor,
Spencer J. Cox, and its Attorney General,
Sean D. Reyes,

      Petitioner

    v.

Environmental Protection Agency and
Michael S. Regan, Administrator, U.S. EPA,

      Respondents

------------------------------

City of New York, et al.,
      Intervenors
------------------------------

Consolidated with 23-1181, 23-1183,
23-1190, 23-1191, 23-1193, 23-1195,
23-1199, 23-1200, 23-1201, 23-1202,
23-1203, 23-1205, 23-1206, 23-1207,
23-1208, 23-1209, 23-1211

      **BEFORE:**    Wilkins and Walker, Circuit Judges

## O R D E R

      Upon consideration of respondents' motion to file a consolidated opposition exceeding the word limit in response to the motions for a stay; and the motion to intervene filed by Air Alliance Houston, Appalachian Mountain Club, Center for Biological Diversity, Chesapeake Bay Foundation, Citizens for Pennsylvania's Future, Clean Air Council, Clean Wisconsin, Downwinders at Risk, Environmental Defense Fund, Louisiana Environmental Action Network, Sierra Club, Southern Utah Wilderness Alliance, and Utah Physicians for a Healthy Environment, the opposition thereto, and the reply, it is

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1157**                      **September Term, 2022**

**ORDERED** that respondents must file a consolidated opposition to the motions for a stay in No. 23-1181, No. 23-1183, No. 23-1190, No. 23-1191, No. 23-1193, No. 23-1195, No. 23-1199, and No. 23-1202, not to exceed 14,300 words. It is

**FURTHER ORDERED** that the motion to intervene be granted. See Fed. R. App. P. 15(d).

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
Amy Yacisin
Deputy Clerk