ORAL ARGUMENT NOT YET SCHEDULED

No. 23-1211

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**ARKANSAS LEAGUE OF GOOD NEIGHBORS,**
**Petitioner,**

*v.*

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.**
**Respondents.**

---

## NONBINDING STATEMENT OF ISSUES OF
## PETITIONER ARKANSAS LEAGUE OF GOOD NEIGHBORS

---

Petitioner Arkansas League of Good Neighbors respectfully submits this nonbinding, preliminary statement of issues to be raised in the above-captioned case involving review of the rule of Respondent United States Environmental Protection Agency ("EPA") under the Clean Air Act ("CAA" or the "Act") titled "Federal 'Good Neighbor Plan' for the 2015 Ozone National Ambient Air Quality Standards," published at 88 Fed. Reg. 36,654 (June 5, 2023) (the "Federal Plan"):

1.    Whether the Federal Plan is arbitrary, capricious, or otherwise unlawful because it resulted, or could result, in "over-control" of emissions.

2.      Whether the emission reduction requirements placed on industrial sources in the Federal Plan exceed EPA's authority under the Good Neighbor provision of the Act, and are therefore unlawful.

3.      Whether EPA acted arbitrarily or capriciously, abused its discretion, or otherwise acted contrary to law by imposing the Federal Plan on the State of Arkansas.

4.      Whether EPA acted arbitrarily or capriciously, abused its discretion, or otherwise acted contrary to law by imposing emission reduction requirements on industrial sources in the State of Arkansas through the Federal Plan.

5.      Whether EPA acted arbitrarily or capriciously, abused its discretion, or otherwise acted contrary to law by establishing an unreasonably and  improperly accelerated compliance schedule for the Federal Plan.

6.      Whether EPA acted arbitrarily, capriciously, or otherwise contrary to law by establishing emission reduction requirements in the Federal Plan based on erroneous or irrelevant data and assumptions, and without adequate support and explanation in the rulemaking record.

Arkansas League of Good Neighbors may brief issues in addition to those described above.

Dated: September 6, 2023                Respectfully submitted,

                                        /s/ Elbert Lin
Kelly M. McQueen                        Elbert Lin
THE MCQUEEN FIRM, PLLC                  Kevin S. Elliker
12 Woodsong Drive                       David N. Goldman
Roland, AR 72135                        HUNTON ANDREWS KURTH LLP
(501) 580-3291                          951 East Byrd Street, East Tower
kelly@mcqueen.law                       Richmond, VA  23219
kellymmcqueen@yahoo.com                 (804) 788-8200
                                        elin@HuntonAK.com
                                        kelliker@HuntonAK.com
                                        dgoldman@HuntonAK.com

                                        F. William Brownell
                                        E. Carter Chandler Clements
                                        HUNTON ANDREWS KURTH LLP
                                        2200 Pennsylvania Avenue, N.W.
                                        Washington, DC  20037
                                        (202) 955-1500
                                        bbrownell@HuntonAK.com
                                        eclements@HuntonAK.com

                                        *Counsel for Petitioner*
                                        *Arkansas League of Good Neighbors*


## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2023, I electronically filed the foregoing

with the Clerk of the Court for the United States Court of Appeals for the District of

Columbia Circuit by using the CM/ECF system.

                                        /s/ Elbert Lin