ORAL ARGUMENT NOT YET SCHEDULED

No. 23-1183 (and consolidated cases)

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

State of Ohio, et al.,
*Petitioners,*

v.

Environmental Protection Agency and Michael S. Regan, in his official capacity, as Administrator of the U.S. Environmental Protection Agency
*Respondents.*

On Petition for Review of Action by the U.S. Environmental Protection Agency

## EMERGENCY JOINT MOTION TO MODIFY BRIEFING SCHEDULE

DAVE YOST
Attorney General of Ohio

T. ELLIOT GAISER
Ohio Solicitor General
MATHURA J. SRIDHARAN*
Deputy Solicitor General
 *Counsel of record*
GREGG BACHMANN
Section Counsel – Environmental
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
614-466-8980
614-466-5087 fax
mathura.sridharan@ohioago.gov

*Counsel for State of Ohio*

*(Additional counsel listed after signature block)*

## PETITIONERS' EMERGENCY JOINT MOTION TO MODIFY BRIEFING SCHEDULE

Pursuant to Federal Rule of Appellate Procedure 26(b), the Petitioners respectfully move the Court to adopt a modified schedule for briefing and argument in this and consolidated cases. Petitioners request that opening briefs be due thirty (30) days following any order of the Supreme Court of the United States disposing of several petitioners' requests for a stay pending review. All other deadlines would be correspondingly extended.

The consolidated petitions for review all challenge the final rule of the United States Environmental Protection Agency ("EPA") purporting to implement the requirements of 42 U.S.C. §7410(a)(2)(D)(i)(I) for the 2015 8-hour ozone national ambient air quality standards, *see Federal "Good Neighbor Plan" for the 2015 Ozone National Ambient Air Quality Standards*, 88 Fed. Reg. 36,654 (June 5, 2023) ("Final Rule"). The parties to this motion, their respective alignments, and the procedural background, are detailed at length in their joint proposed briefing schedule. *Joint Response*, *Utah v. EPA*, No. 23-1157 (D.C. Cir. Nov. 13, 2023), Doc. No. 2026766. Four petitions for review of the Final Rule were consolidated with this case after petitioners jointly filed their proposed scheduling request. *See Order*, *Utah v. EPA*, No. 23-1157 (D.C. Cir. Nov. 15, 2023), Doc. No. 2027156. This Court thereafter issued a scheduling order setting petitioners' opening briefs to be due on January 26,

2024. *Order*, *Ohio v. EPA*, No. 23-1183 (D.C. Cir. Dec. 4, 2023), Doc. No. 2029865. The EPA respondents' brief is currently due in April 2024.

On September 25, 2023, this Court denied a stay pending review sought by several petitioners in the consolidated cases 23-1181, 23-1183, 23-1190, 23-1191, 23-1193, 23-1195, 23-1199, 23-1200, 23-1201, 23-1202, 23-1203, 23-1205, 23-1206, 23-1207, 23-1208, 23-1209, 23-1211. *Order*, *Ohio v. EPA*, No. 23-1183, (D.C. Cir.), Doc. No. 2018645. Several industry and state petitioners subsequently sought stays pending review at the Supreme Court of the United States pursuant to Supreme Court Rule 23. *See Ohio, et al. v. EPA, et al.* (U.S. No. 23A349); *Kinder Morgan, Inc., et al. v. EPA, et al.* (U.S. No. 23A350); *Am. Forest & Paper Assn., et al. v. EPA, et al.* (U.S. No. 23A351); *U.S. Steel Corp., v. EPA, et al.* (U.S. No. 23A384). On December 20, 2023—about two weeks after this Court issued its scheduling order—the Supreme Court ordered that argument be held on the requests for a stay pending review in the February 2024 argument session. *Order in Pending Cases*, 601 U.S. ___ (December 20, 2023). The exact date in February has not yet been set.

Pursuant to Rule 26(b), there is thus good cause to push merits briefing in this case until after the Supreme Court process for three primary reasons.

1. Under the current schedule, Petitioners' opening briefs are currently due *before* the argument on the Supreme Court stay request, while Respondents' and

Intervenors' responsive briefing is due *after* that argument. A modified briefing schedule would serve the interests of fairness and justice by avoiding that timing disparity.

    2. As a matter of judicial economy, the stay-application process should also be completed prior to this Court moving on to the merits. The Supreme Court's disposition of the stay request may (and likely will) address some or all the issues presented in this case; conversely, not extending the briefing schedule would likely result in avoidable inefficiencies in the judicial process, which could further extend and exacerbate the harm experienced by Movants. A reasonably modified briefing schedule would serve the interests of judicial economy by obviating any need for motions for supplemental briefing in response to any action by the Supreme Court on the requests for a stay, and it would ensure all parties can fully and appropriately brief and address any disposition or opinions from the Supreme Court in their merits briefing before this Court.

    3. Finally, preparing for oral argument while both drafting and finalizing merits briefs would force several petitioners to devote limited time and resources to both immense tasks at the same time. A reasonably modified briefing schedule with opening briefs due thirty (30) days after the Supreme Court's disposition of the stay

3

applications would permit the stay applicants to focus on oral argument preparation and then on merits briefing in turn.

Petitioners respectfully request expedited consideration of this motion by January 8, 2024, under Circuit Rule 27(f), given that Petitioners' respective merits briefs currently are due January 26, 2024.

The respondents oppose this motion. The EPA respondents oppose the delay of merits briefing on the basis of the Supreme Court's consideration of interim relief and reserves its right to file a response. But they indicated that, as a matter of professional courtesy, they would not oppose extending the deadline for Petitioners' opening briefs until April 1, 2024 with the remaining deadlines reset accordingly. The Intervenor-Respondents States of New York, Connecticut, Delaware, Illinois, Maryland, New Jersey, and Wisconsin, the Commonwealths of Massachusetts and Pennsylvania, the District of Columbia, the City of New York, and Harris County, Texas concur in the position of the EPA and reserve their right to file a response. The public-interest respondents oppose this motion in full. The State of Wisconsin, a petitioner aligned with the respondents, takes no position on the requested modification of the schedule, and does not oppose an extension of the schedule to a date certain, such as that proposed by the United States.

While EPA's proposal of an extension to April 1 is preferable to the current briefing schedule, there is no guarantee that the Supreme Court will have decided the pending stay applications by that date. Accordingly, to ensure that petitioners (and not just respondents and their intervenors) will be able to prepare their opening briefs with the benefit of the Supreme Court's decision, the Court should extend the deadline for petitioners' opening briefs until 30 days after the Supreme Court resolves the pending stay motions.

## CONCLUSION

Movants respectfully request that this Court modify its briefing schedule in these consolidated petitions so that Petitioners' opening briefs would be due thirty (30) days after any order or disposition of the pending requests for a stay by the Supreme Court of the United States. All other deadlines should be correspondingly extended.

DAVE YOST
Attorney General of Ohio

/s/ Mathura J. Sridharan
T. ELLIOT GAISER
Solicitor General
MATHURA J. SRIDHARAN
Deputy Solicitor General
GREGG BACHMANN
Section Counsel – Environmental
30 East Broad Street, 17th Floor
Phone: 6l4-466-8980
Fax: 614-466-5087
mathura.sridharan@ohioago.gov

*Counsel for State of Ohio*

/s/ Aaron M. Streett
Aaron M. Streett
Matthew L. Kuryla
Beau Carter
BAKER BOTTS L.L.P.
910 Louisiana St.
Houston, Texas 77002
(713) 229-1855 (phone)
(713) 229-7855 (fax)
aaron.streett@bakerbotts.com

*Counsel for Energy Transfer LP*

/s/ Ana Maria Gutiérrez
Ana Maria Gutiérrez
Michael D. Miller
WOMBLE BOND DICKINSON (US) LLP
1899 Wynkoop Street, Suite 750
Denver, CO 80202
(720) 983-1350
ana.gutierrez@wbd-us.com
michael.miller@wbd-us.com

Catherine E. Stetson
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004
(202) 637-5600
cate.stetson@hoganlovells.com

*Counsel for Kinder Morgan, Inc.*

/s/ Michael B. Schon
Michael B. Schon
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave NW
Washington, DC 20001
(512) 693-8350
mike@lkcfirm.com
Mithun Mansinghani
LEHOTSKY KELLER COHN LLP
629 W. Main St.
Oklahoma City, OK 73102
(512) 693-8350
mithun@lkcfirm.com

*Counsel for Petitioners National Mining Association*

6

*/s/ Laura K. McAfee*
Laura K. McAfee (D.C. Cir. Bar No. 62386)
BEVERIDGE & DIAMOND, PC
201 North Charles Street, Suite 2200
Baltimore, MD 21201
lmcafee@bdlaw.com

*Counsel for Enbridge (U.S.) Inc.*


*/s/ John D. Lazaretti*
John D. Lazzaretti
SQUIRE PATTON BOGGS (US) LLP
1000 Key Tower
127 Public Square
Cleveland, OH 44114
216.479.8500
john.lazzaretti@squirepb.com

*Counsel for Petitioner United States Steel Corporation*


*/s/ Brittany M. Pemberton*
Brittany M. Pemberton
Jeffrey R. Holmstead
BRACEWELL LLP
2001 M Street NW
Suite 900
Washington, DC 20036
Ph: 202-828-1708
Brittany.Pemberton@bracewell.com

*Counsel for TransCanada PipeLine USA Ltd.*

*/s/ Eric D. McArthur*
Eric D. McArthur
SIDLEY AUSTIN LLP
1501 K St NW
Washington, DC 20005
emcarthur@sidley.com

*Counsel for the Interstate Natural Gas Association of America and American Petroleum Institute*


*/s/ Heidi Parry Stern*
AARON D. FORD
Attorney General
HEIDI PARRY STERN
Solicitor General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
HStern@ag.nv.gov

*Counsel for State of Nevada*


*/s/ Mark W. DeLaquil*
Mark W. DeLaquil
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, NW
Washington, D.C. 20036

Martin T. Booher
Joshua T. Wilson
BAKER & HOSTETLER LLP
2000 Key Tower
127 Public Square
Cleveland, Ohio 44114

*Counsel for Hybar LLC*

7

*/s/ Elbert Lin*
Elbert Lin
Kevin S. Elliker
David N. Goldman
HUNTON ANDREWS KURTH LLP
951 East Byrd Street, East Tower
Richmond, VA 23219
(804) 788-8200
elin@HuntonAK.com
kelliker@HuntonAK.com
dgoldman@HuntonAK.com

F. William Brownell
E. Carter Chandler Clements
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037
(202) 955-1500
bbrownell@HuntonAK.com
eclements@HuntonAK.com

*Counsel for Petitioners Union Electric Co., d/b/a Ameren Missouri, and Arkansas League of Good Neighbors*

*/s/ Richard S. Moskowitz*
Richard S. Moskowitz
Tyler Kubik
AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS
1800 M Street, NW
Suite 900 North
Washington, DC 20036
rmoskowitz@afpm.org

*Counsel for Petitioner American Fuel & Petrochemical Manufacturers*

*/s/ David M. Flannery*
David M. Flannery
Kathy G. Beckett
Keeleigh S. Huffman
STEPTOE & JOHNSON, PLLC
707 Virginia Street, East
Charleston, WV 25301
Dave.Flannery@steptoe-johnson.com
Kathy.beckett@steptoe-johnson.com
Keeleigh.Huffman@
 steptoe-johnson.com

Edward L. Kropp
STEPTOE & JOHNSON PLLC
PO Box 36425
Indianapolis, Indiana 46236
Skipp.kropp@steptoe-johnson.com

*Counsel for American Forest & Paper Association, American Iron and Steel Institute, and Midwest Ozone Group*

*/s/ Elliott Zenick*
Elliott Zenick
AMERICAN CHEMISTRY COUNCIL
700 2nd St., NE
Washington, DC 20002
elliott_zenick@
 americanchemistry.com

*Counsel for American Chemistry Council*

8

*/s/ Michael E. Born*
Michael E. Born
Cheri A. Budzynski
Krystina E. Garabis
Shumaker, Loop & Kendrick, LLP
Huntington Center
41 South High Street
Suite 2400
Columbus, OH 43215
(614) 463-9441
mborn@shumaker.com
cbudzynski@shumaker.com
kgarabis@shumaker.com

*Counsel for Petitioners Buckeye Power, Inc. and Ohio Valley Electric Corporation*

*/s/ Allison D. Wood*
Allison D. Wood
Makram B. Jaber
MCGUIREWOODS LLP
888 16th Street, NW, Suite 500
Black Lives Matter Plaza
Washington, D.C. 20006
awood@mcguirewoods.com
mjaber@mcguirewoods.com

*Counsel for Petitioners America's Power, Associated Electric Cooperative, Inc., Deseret Power Electric Cooperative, the National Rural Electric Cooperative Association, Ohio Valley Electric Corporation, the Portland Cement Association, Wabash Valley Power Alliance*

THEODORE E. ROKITA
Attorney General of Indiana

*/s/ James A. Barta*
JAMES A. BARTA
Indiana Solicitor General
Office of the Indiana Attorney General
IGC-South, Fifth Floor
302 West Washington Street
Indianapolis, IN 46204
James.Barta@atg.in.gov

*Counsel for State of Indiana*

PATRICK MORRISEY
Attorney General of West Virginia

*/s/ Michael Williams*
LINDSAY S. SEE
Solicitor General
MICHAEL WILLIAMS
Principal Deputy Solicitor General
Office of the West Virginia Attorney General
State Capitol, Bldg 1, Room E-26
Charleston, WV 25305
(682) 313-4550
Lindsay.S.See@wvago.gov

*Counsel for State of West Virginia*

9

| | |
|---|---|
| SEAN D. REYES<br>Attorney General of Utah<br><br>*/s/ Kristina R. Van Bockern*<br>Melissa A. Holyoak<br>SOLICITOR GENERAL<br>Stanford E. Purser<br>DEPUTY SOLICITOR GENERAL<br>Office of the Attorney General<br>Utah State Capitol Complex<br>350 North State Street Suite 230<br>Salt Lake City, UT 84114-2320<br>Ph. 801-538-9600<br>melissaholyoak@agutah.gov<br>spurser@agutah.gov<br><br>William L. Wehrum<br>WEHRUM ENVIRONMENTAL LAW LLC<br>1629 K Street, NW, Suite 300<br>Washington, D.C. 20006<br>Ph. 302-300-0388<br>William_Wehrum@comcast.net<br><br>Emily C. Schilling<br>HOLLAND & HART LLP<br>222 South Main Street, Suite 2200<br>Salt Lake City, UT 84101<br>Ph. 801-799-5753 / Fax 202-747-6574<br>ecschilling@hollandhart.com<br><br>Kristina (Tina) R. Van Bockern<br>Aaron B. Tucker<br>HOLLAND & HART LLP<br>555 Seventeenth Street, Suite 3200<br>Denver, CO 80202<br>Ph. 303-295-8107 / Fax 720-545-9952<br>trvanbockern@hollandhart.com | RUSSELL COLEMAN<br>Attorney General of Kentucky<br><br>*/s/ Matthew F. Kuhn*<br>Matthew F. Kuhn<br>Solicitor General<br>Office of Kentucky Attorney General<br>700 Capital Avenue, Suite 118<br>Frankfort, Kentucky 40601<br>(502) 696-5300<br>Matt.Kuhn@ky.gov<br><br>*Counsel for Commonwealth of Kentucky*<br><br>*/s/ Joseph Anthony Newberg, II*<br>Joseph Anthony Newberg, II<br>General Counsel<br>Kentucky Energy and Environment Cabinet<br>Office of Legal Services<br>300 Sower Boulevard, 3rd Floor<br>Frankfort, KY 40601<br>502-782-5451<br>joea.newberg@ky.gov<br><br>*Counsel for Commonwealth of Kentucky, Energy and Environment Cabinet* |

abtucker@hollandhart.com

*Counsel for State of Utah*

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed R. App. P. 32(f) and (g), I hereby certify that the foregoing complies with Fed. R. App. P. 27(d)(2)(A) because it contains 1,029 words, excluding exempted portions, according to the count of Microsoft Word.

I further certify that the motion complies with Fed. R. App. P. 27(d)(1)(E), 32(a)(5) and (6) because it has been prepared in 14-point Equity Font.

/s/ *Mathura J. Sridharan*
MATHURA J. SRIDHARAN
*Counsel for State of Ohio*

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2023, I caused the foregoing to be electrically filed with the Clerk of the Court by using the Court's CM/ECF system. All registered counsel will be served by the Court's CM/ECF system.

/s/ *Mathura J. Sridharan*
MATHURA J. SRIDHARAN
*Counsel for State of Ohio*