# United States Court of Appeals

**For The District of Columbia Circuit**

_____

| | |
|---|---|
| **No. 23-1157** | **September Term, 2023** |
| | EPA-88FR36654 |
| | Filed On: January 4, 2024 [2034457] |

State of Utah, by and through its Governor, Spencer J. Cox, and its Attorney General, Sean D. Reyes,

    Petitioner

    v.

Environmental Protection Agency and Michael S. Regan, Administrator, U.S. EPA,

    Respondents

------------------------------

City Utilities of Springfield, Missouri, et al.,
    Intervenors

------------------------------

Consolidated with 23-1181, 23-1183, 23-1190, 23-1191, 23-1193, 23-1195, 23-1199, 23-1200, 23-1201, 23-1202, 23-1203, 23-1205, 23-1206, 23-1207, 23-1208, 23-1209, 23-1211, 23-1306, 23-1307, 23-1314, 23-1315, 23-1316, 23-1317

## **O R D E R**

    Upon consideration of petitioners' emergency joint motion to modify briefing schedule, it is

    **ORDERED** that the following briefing schedule will now apply in this case. The briefing format and word limits established by the court's order filed on December 4, 2023 remain in effect.

| | |
|---|---|
| Petitioners' Briefs | April 1, 2024 |
| Intervenors for Petitioners' Briefs | April 22, 2024 |

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 23-1157**                            **September Term, 2023**

| | |
|---|---|
| Respondents' Brief | June 17, 2024 |
| Intervenors for Respondents' Briefs | July 8, 2024 |
| Petitioners' Reply Briefs | July 29, 2024 |
| Intervenors for Petitioners' Reply Briefs | August 9, 2024 |
| Deferred Appendix | August 15, 2024 |
| Final Briefs | August 22, 2024 |

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                BY:     /s/
                              Catherine J. Lavender
                              Deputy Clerk